**Order entered November 5, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01223-CV

### MARIA RUTH LIMAS, Appellant

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16334**

## ORDER

Appellant's docketing statement reflects no reporter's record exists. Accordingly, as the clerk's record has been filed, we **ORDER** appellant's brief be filed no later than December 5, 2019.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE